IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JONATHAN F. RAMOS,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD J. WEMHOFF, Platte County Sheriff, Official capacity; SAMUEL AVILA, #9106, Individual capacity; PAUL CHILDERS, #9107, Individual capacity; COUNTY OF PLATTE, and JOHN HARRIS,<br><br>Defendants. | **8:23CV564**<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL** |

This case is before the Court on the parties' Joint Stipulation for Dismissal. Filing 49. The parties stipulate that this matter is resolved and may be dismissed with prejudice. Filing 49 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 49, is accepted, and this matter is dismissed with prejudice.

The Clerk of Court shall close the case.

Dated this 19th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge